WESTLEY PATTERSON v. THE STATE.

CRIMINAL LAW. *Brass Knucks.* Brass knucks is used in the Statute as the name of a weapon, without reference to the metal of which it is made.

FROM HUMPHREYS.

Plaintiff in error was indicted in the Circuit Court of Humphreys county for unlawfully carrying brass knucks. The proof showed that the knucks were not brass, but were made of lead or pewter. He was convicted and appealed. Jo. C. STARK, J.

T. L. LANIER for Patterson.

JOHN FRIZZELL for the State.

TURNEY, J., delivered the opinion of the court.

The charge of the Circuit Judge is correct. The term "Brass Knucks," as used in the statute, embraces all weapons made after the manner of that described in the record. It is called "Brass Knucks" because originally (as is now frequently done), they were made of brass. "Brass Knucks" is used as the name of the weapon, without reference to the metal of which that weapon is made. It is the weapon and not the metal which is condemned by the law.

Affirm the judgment.